### Briggs *vs.* Brown.

Notice of application to a commissioner to supersede a writ of error, for want of the requisite bond or justification of bail, is not necessary.

Motion to vacate an order superseding a writ of error. April 7. The plaintiff had a verdict in the common pleas of *Seneca;* but being dissatisfied with the amount found by the jury, sued out a writ of error on a bill of exceptions tendered by him to a decision of the court. A bond for the prosecution of the writ of error was executed by *three* sureties; the defendant in error excepted; *two* other sureties executed a similar bond and justified; the plaintiff did not execute either bond. Upon shewing these facts to a commissioner, he made an order superseding the writ of error, and now a motion is made by the plaintiff to vacate such order, insisting that he ought to have had notice of the application to the commissioner; but it was held,

*By the Court,* Savage, Ch. J. that such notice was not necessary, and the motion was denied.